DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

A.A.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3606

_____

September 1, 2023

Appeal from the Circuit Court for Pinellas County; James R. Stearns, Judge.

Howard L. Dimmig, II, Public Defender, and Anthony C. Musto, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Taylor A. Schell, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.


LaROSE, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.